**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **CITY OF BRISTOL PENSION FUND, on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VERTEX PHARMACEUTICALS INC., JOSHUA BOGER, Ph.D., JEFFREY LEIDEN, M.D., Ph.D., PETER MUELLER, Ph.D., PAUL SILVA, ELAINE ULLIAN, and NANCY J. WYSENSKI,**<br><br>**Defendants.** | ) | **Civil Action No. 12-11654-FDS** |

**ORDER OF DISMISSAL**

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order dated March 31, 2014, granting defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

**So Ordered.**

By the Court,
Robert M. Farrell
Clerk of Court

Dated: March 31, 2014

/s/ Pietro Cicolini
Deputy Clerk