**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF BRISTOL PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERTEX PHARMACEUTICALS, INC., JOSHUA BOGER, Ph.D., JEFFREY LEIDEN, M.D., Ph.D., PETER MUELLER, Ph.D., PAUL SILVA, ELAINE ULLIAN, AND NANCY J. WYSENSKI,<br><br>Defendants. | No. 1:12-cv-11654-FDS |

**PLAINTIFF AND PLAINTIFF-INTERVENER'S JOINT MOTION TO CLARIFY AND AMEND JUDGMENT, TO PERMIT FILING OF A SECOND AMENDED COMPLAINT, AND TO ALLOW LOCAL NO. 8 IBEW RETIREMENT PLAN & TRUST TO INTERVENE**

Plaintiff City of Bristol Pension Fund ("Bristol") and Plaintiff-Intervener Local No. 8 IBEW Retirement Plan & Trust ("Plaintiff-Intervener" or "Local No. 8")(together with Bristol, "Movants"), respectfully move under Rule 59(e) of the Federal Rules of Civil Procedure to have this Court amend its March 31, 2014 Order Granting Defendants' Motion to Dismiss to permit Movants to file the attached Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Additionally, Movants ask this Court, pursuant to Rule 24, to permit Local No. 8 to intervene in the action. As discussed in the attached supporting memorandum of law, Movants have satisfied the requirements of Rule 59(e), Rule 15(a), and Rule 24 in that they timely seek to introduce parties and information that cures any defects the Court may have noted

in prior pleadings. Accordingly, Movants respectfully request that this Court grant this motion in its entirety.

Dated: April 28, 2014

Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ *Amanda F. Lawrence*
AMANDA F. LAWRENCE (*pro hac vice*)
DAVID R. SCOTT (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
alawrence@scott-scott.com
david.scott@scott-scott.com

BETH A. KASWAN (*pro hac vice*)
JOSEPH P. GUGLIELMO (JG671410)
DONALD A. BROGGI (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
bkaswan@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com

*Lead Counsel for Plaintiff and Plaintiff-Intervener*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel for Plaintiff and Plaintiff-Intervener conferred with counsel for Defendants by telephone for the purpose of attempting to obtain their consent to file this motion and/or narrow the issues. Defendants oppose this Motion.

/s/*Amanda Lawrence*
Amanda Lawrence (*pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2014.

/s/ *Amanda F. Lawrence*
AMANDA F. LAWRENCE (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
alawrence@scott-scott.com

*Lead Counsel for Plaintiff and Plaintiff-Intervener*